| | |
|---|---|
| INTEGRACIÓN DE SALAS DE VERANO | 2010 TSPR 97<br><br>179 DPR \_\_\_\_ |

Número del Caso: ES-2010-01

Fecha: 18 de junio de 2010

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

INTEGRACIÓN DE SALAS
DE VERANO                    ES-2010-001

RESOLUCIÓN

San Juan, Puerto Rico, a 18 de junio de 2010.

De conformidad con lo dispuesto en la Regla 4(d) del Reglamento de este Tribunal, se constituyen las siguientes Salas de Verano para funcionar durante el receso:

Del 1ro. de julio al 15 de agosto de 2010

Hon. Liana Fiol Matta, Presidenta
Hon. Anabelle Rodríguez Rodríguez
Hon. Rafael L. Martínez Torres

Del 16 de agosto al 30 de septiembre de 2010

Hon. Federico Hernández Denton, Presidente
Hon. Mildred G. Pabón Charneco
Hon. Erick V. Kolthoff Caraballo

Los Presidentes de Sala quedan facultados para sustituir a los Jueces que no puedan intervenir en algún asunto ante su consideración, y asimismo para convocar al Pleno del Tribunal cuando fuere necesario.

El Tribunal continuará emitiendo y certificando Opiniones y Sentencias durante este periodo.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                                    Aida Ileana Oquendo Graulau
                                   Secretaria del Tribunal Supremo